1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ROBERT NITULESCU,                  ) Case No. SA CV 13-1909 DMG (MRW)
                                   )
          Petitioner,      )
      vs.                          ) JUDGMENT
                                   )
JOHN N. KATAVICH,                  )
                                   )
          Respondent.      )
                                   )
_____)

      Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

      IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATED:  November 12, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE